IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS L. ARMENTERO, | No. C 09-03904 CW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| K. L. DICKINSON, et al., | |
| Defendants.                               / | |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.  His motion for leave to proceed in forma pauperis has been granted.  The acts complained of occurred at the California Medical Facility, which is located in the Eastern District of California, and it appears that Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: 4/20/2010

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUIS L. ARMENTERO,

        Plaintiff,

  v.

/ et al,

        Defendant.
                                                /

Case Number: CV09-03904 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luis L. Armentero V90174
ASP/630-1-29X
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Dated: April 20, 2010

                                      Richard W. Wieking, Clerk
                                      By: Nikki Riley, Deputy Clerk