IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ARMENTERO,

        Plaintiff,                    No. 2:10-cv-0965 KJN P

    vs.

K.L. DICKINSON, et al.,

        Defendants.           ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 28, 2010 motion for an extension of time is granted; and

        2. Plaintiff is granted fifteeen days from the date of this order in which to file an amended complaint.

DATED: October 5, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arme0965.36(2)