IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARMENTERO,<br><br>    Plaintiff,<br><br>  vs.<br><br>K.L. DICKINSON, et al.,<br><br>    Defendants.<br>_____/ | No. 2:10-cv-0965 KJM KJN P<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE THE HONORABLE JENNIFER L. THURSTON<br><br>**Date:**     May 14, 2012<br>**Time:**     11 a.m.<br>**Location:**   Avenal State Prison (ASP) |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Luis Armentero, a state prisoner proceeding without counsel or "pro se."  This case shall be referred to United States Magistrate Judge Jennifer L. Thurston to conduct a settlement conference.

    In accordance with the above,  IT IS HEREBY ORDERED that:

    1. This case is set for a settlement conference before Magistrate Judge Jennifer L. Thurston on May 14, 2012, at 11:00 a.m., at ASP, #1 Kings Way, Avenal, California 93204;

    2. Parties shall appear at the settlement conference with full authority to negotiate and settle the case on any terms;

    3. At least 21 days before the settlement conference, Plaintiff SHALL submit to Defendant by mail, a written itemization of damages and a meaningful settlement demand which

1

includes a brief explanation of why such a settlement is appropriate.  Thereafter, no later than 14 days before the settlement conference, Defendant SHALL respond, via fax or mail, with an acceptance of the offer or with a meaningful counteroffer which includes a brief explanation of why such a settlement is appropriate.

    4.  If settlement is not achieved, each party SHALL provide a confidential settlement conference statement to Sujean Park, ADR Coordinator, 501 I Street, Suite 4-200, Sacramento, California 95814, so they arrive no later than May 4, 2012, and file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270(d)); Settlement statements **should not be filed** with the Clerk of the Court nor served on any other party. Settlement statements shall be clearly marked "CONFIDENTIAL" with the date and time of the settlement conference indicated prominently thereon.  The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

  a A brief statement of the facts of the case.

  b A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

  c A summary of the proceedings to date.

  d An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

  e The relief sought.

  f The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

  g A brief statement of each party's expectations and goals for the settlement conference.

////

      5.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at ASP at (559) 386-2337.

DATED:  April 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arme0965.med