IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ARMENTERO,

    Plaintiff,                     No. 2: 10-cv-0965 KJM KJN P

    vs.

K.L. DICKINSON, et al.,

    Defendants.              <u>ORDER</u>

         On September 21, 2012, the court granted plaintiff twenty-one days to serve his opposition to defendants' summary judgment motion. On October 15, 2012, plaintiff filed a letter with the court stating that he has been unable to obtain law library access so that he can make copies of his opposition. Plaintiff states that he will file his opposition once he obtains law library access.

         IT IS HEREBY ORDERED that within fifteen days of the date of this order, plaintiff shall file his opposition to defendants' summary judgment motion; if plaintiff is unable to make copies of his opposition, he shall file a short statement describing in detail his attempts to obtain law library access.

DATED: October 19, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arm965.ord(2)