IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ARMENTERO,

        Plaintiff,                    No.  10-cv-0965 KJM KJN P

    vs.

K.L. DICKINSON, et al.,

        Defendants.            <u>ORDER</u>

/

        Plaintiff is state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 21, 2012, the court granted plaintiff twenty-one days to file his opposition to defendants' summary judgment motion.  On October 15, 2012, plaintiff filed a letter with the court stating that he was unable to obtain law library access in order to make copies of his opposition for service on defendants.  On October 29, 2012, plaintiff filed a letter with the court stating that he had not been able to access the law library since October 8, 2012.

        On October 31, 2012, pursuant to the All Writs Act, the undersigned ordered the Warden of Avenal State Prison to inform the court of the status of plaintiff's law library access.

        On November 9, 2012, Avenal State Prison Warden Hartley filed a declaration in response to the October 31, 2012 order.  Warden Hartley states that plaintiff last had law library

1

access on October 8, 2012. On that date, plaintiff made copies of only a 602 grievance. Plaintiff did not make or request copies of any documents for the court. Warden Hartley states that plaintiff has not submitted a valid request for law library access since October 8, 2012. Accordingly, it appears that plaintiff's requests for law library access since October 8, 2012 were not properly made. In his declaration and attached exhibits, Warden Hartley includes information regarding how to submit a valid request for law library access.

Warden Hartley's declaration demonstrates that prison officials have not interfered with plaintiff's law library access. Plaintiff is granted twenty-one days to file his opposition to defendants' summary judgment motion. No further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted twenty-one days to file his opposition to defendants' summary judgment motion; no further extensions of time will be granted to plaintiff to file his opposition.

DATED: November 13, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arm965.ord(3)