IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

LUIS L. ARMENTERO,

        Plaintiff,                  No. 2:10-cv-0965-KJM-KJN

   vs.

K.L. DICKINSON,

        Defendant.              <u>ORDER</u>

_____/

        On February 13, 2013, a United States Magistrate Judge issued findings and recommendations recommending that this court grant defendants' motion for summary judgment on plaintiff's claims filed under 42 U.S.C. § 1983. (ECF 95.) Plaintiff timely filed objections to the findings and recommendations on March 18, 2013, prior to the March 21 deadline. (ECF 97, 102.) On April 1, 2013, this court adopted the Magistrate Judge's findings and recommendations in full, addressing the substance of plaintiff's objections in its order. (ECF 102.) Also on April 1, plaintiff filed a second document entitled "Objections to Findings and Recommendations." (ECF 104.) These objections were not timely filed and do not include arguments that are materially different from those in plaintiffs' first objections that the court has already reviewed. Accordingly, the court declines to modify its April 1, 2013 order.

    IT IS SO ORDERED.

DATED: April 12, 2013.

                                                      UNITED STATES DISTRICT JUDGE